THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Roberto Vargas (Y-18972), | ) | |
| Plaintiff, | ) ) ) | Case No. 16 C 10018 |
| v. | ) ) | Judge Marvin E. Aspen |
| Officer Criscione, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff has submitted a motion to dismiss this lawsuit [94] that the Court interprets as a motion to dismiss pursuant to Fed. R. Civ. P. 41(a)(2). If Defendants object to Plaintiff's request for dismissal without prejudice, they should file a response to the motion by December 22, 2017. If no response is received by that date, this case will be dismissed without prejudice.

Date: November 20, 2017

_____
Honorable Marvin E. Aspen
United States District Judge